## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF IOWA, in its sovereign capacity;<br><br>THE STATE OF MISSOURI, in its sovereign capacity;<br><br>THE AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>   *Plaintiffs,*<br><br>v.<br><br>LETITIA JAMES, in her official capacity as the Attorney General of New York;<br><br>AMANDA LEFTON, in her official capacity as Commissioner of the New York State Department of Environmental Conservation,<br><br>   *Defendants.* | Civil Case No.: 4:26-cv-00752-HEA |

## <u>MOTION TO DISMISS</u>

Defendants New York Attorney General Letitia James and Commissioner of the New York State Department of Environmental Conservation Amanda Lefton (the New York Officials) move this Court, under Fed. R. Civ. P. 12(b)(2), 12(b)(3), for an order dismissing this action for lack of personal jurisdiction and improper venue. In support of this motion, the New York Officials rely on the arguments stated in the accompanying memorandum of law.

Dated:     July 10, 2026
           Albany, New York          LETITIA JAMES
                                     Attorney General of the State of New York
                                     *Attorney for the New York Officials*

                                     By:*/s/ Nicholas C. Buttino*
                                     Nicholas C. Buttino (E.D. Mo. # 5153739NY)
                                     Rebecca Budrow (E.D. Mo. # 6067656NY)
                                     Meredith G. Lee-Clark (E.D. Mo. # 518822NY)
                                     Assistant Attorneys General
                                     Environmental Protection Bureau
                                     The Capitol
                                     Albany, New York 12224-0341
                                     (518) 776-2406
                                     Nicholas.Buttino@ag.ny.gov

2