**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE STATE OF IOWA, THE STATE OF MISSOURI, and THE AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> Plaintiffs, <br><br> v. <br><br> LETITIA JAMES, *in her official capacity as the Attorney General of New York*, and AMANDA LEFTON, *in her official capacity as Commissioner of the New York State Department of Environmental Conservation,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 4:26-CV-752 HEA |

**ORDER OF DISMISSAL**

In accordance with the Opinion, Memorandum and Order of today's date, and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiffs the State of Iowa, the State of Missouri, and the American Free Enterprise Chamber of Commerce's cause of action against Defendants Letitia James and Amanda Lefton is **DISMISSED** without prejudice for lack of personal jurisdiction.

Dated this 11th day of August, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE