**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| THE STATE OF IOWA, in its sovereign capacity; THE STATE OF MISSOURI, in its sovereign capacity; THE AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as the Attorney General of New York; AMANDA LEFTON, in her official capacity as Commissioner of the New York State Department of Environmental Conservation, <br><br> *Defendants*. | Civil Case No.: 4:26-cv-00752-HEA |

**PLAINTIFFS' UNOPPOPSED MOTION FOR LEAVE
TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs the State of Iowa, the State of Missouri, and the American Free Enterprise Chamber of Commerce, through counsel, respectfully request leave to file an opposition to Defendants' Motion to Dismiss (ECF No. 14) on or before this Friday, August 14, 2026, in accordance with the parties' agreed briefing schedule (ECF No. 9). In support of this motion, Plaintiffs state as follows.

1.      On June 3, 2026, counsel for Defendants filed a stipulated briefing schedule regarding Defendants' forthcoming motion to dismiss. (ECF No. 9.)

2.      That schedule provides for Defendants to file their responsive pleading by July 10, 2026, for Plaintiffs to file their opposition by August 14, 2026, and for Defendants' to file their reply by September 11, 2026. (ECF No. 9.)

1

3.      On June 4, 2026, the Court issued a docket order stating, in relevant part. "ORDERED ADDITIONAL TIME TO FILE ANSWER IS GRANTED UP TO AND INCLUDING JULY 10, 2026. SO ORDERED." (ECF No. 10.)

4.      Plaintiffs interpreted that order to enter the parties stipulated briefing schedule.

5.      On July 10, 2026, Defendants filed their motion to dismiss, together with a memorandum in support. (ECF Nos. 14 and 15.)

6.      Plaintiffs have been preparing their opposition to that motion, and intended to file that opposition this Friday, August 14, 2026, in accordance with the stipulated briefing order.

7.      Yesterday afternoon, August 11, 2026, the Court issued an opinion and order granting Defendants motion to dismiss. (ECF Nos. 16 and 17.)

8.      The Court's opinion states that Plaintiffs "failed to file a response to Defendants' Motion to Dismiss, and the time to do so has expired." (ECF No. 16 at 1.)

9.      Plaintiffs respectfully submit that there may have been some confusion regarding the briefing schedule for Defendants' motion, and Plaintiffs respectfully request leave to file their opposition this Friday, August 14, per the filed stipulation.

10.     Defendants could then file a reply on or before September 11.

11.     The parties have conferred, and Defendants do not object to the relief Plaintiffs request in this motion.

[*Signature block on the following page*]

2

DATED: August 12, 2026

Respectfully Submitted,

        */s/ Michael A. Petrino*
Michael A. Petrino (E.D. Mo. #994060DC)
Caleb Kruckenberg (E.D. Mo. # 1617890DC)
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave, NW
Suite 625
Washington, DC 20036
(202) 833-8400
petrino@cir-usa.org
kruckenberg@cir-usa.org

*Counsel for Plaintiffs*

CATHERINE L. HANAWAY
Attorney General of Missouri

Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
William James Seidleck, #77794(MO)
  *Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
  *Deputy Solicitor General*
Office of the Attorney General
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for State of Missouri*

BRENNA BIRD
Attorney General of Iowa

Eric H. Wessan
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

3